UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES ADAMS,

    Plaintiff,

v.        Case No: 6:17-cv-1287-Orl-40KRS

DAYTONA RESORT GROUP, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 13) filed on October 18, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that Plaintiff filed a Notice of Non-Objection (Doc. 15) and no objection was timely filed by Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 27, 2017 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The second sentence of paragraph 16 of the Settlement Agreement and Release of Claims is **SEVERED**.

3. The Court **FINDS** that the parties' Settlement Agreement and Release of Claims (Doc. 13-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. The Joint Motion for Approval of Settlement (Doc. 13) is **GRANTED IN PART**.

5. The Court **DECLINES** to reserve jurisdiction to enforce the Settlement Agreement.

6. The case is **DISMISSED with prejudice**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties